## 38020. CODY v. CODY.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*All the Justices concur.*

DECIDED DECEMBER 3, 1981 —
REHEARING DENIED DECEMBER 18, 1981.

*Robert A. Sneed & Associates, Marshall H. Jaffe,* for appellant.
*Rees R. Smith,* for appellee.